AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:14-cr-00179-LJO-SKO   Document 78   Filed 09/16/16   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) <br> v. ) <br> LUCIO CRUZ-SANCHEZ ) <br> ) <br> ) <br> Date of Original Judgment: 08/17/2015 ) <br> Date of Previous Amended Judgment: ) <br> *(Use Date of Last Amended Judgment if Any)* | Case No: 1:14CR00179-001 LJO <br> USM No: 71809-097 <br><br> _____ <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 08/31/2016                                                /s/ Lawrence J. O'Neill
                                                                                       *Judge's signature*

Effective Date: _____                              Honorable Lawrence J. O'Neill, U.S. District Judge
*(if different from order date)*                                    *Printed name and title*